**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/31/23__

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

January 30, 2023

*Via Email and ECF*
Hon. Andrew L. Carter Jr.
Thurgood Marshal
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: United States v. Joseph Anderson
      23-cr-17 (ALC)

Dear Judge Carter:

  Mr. Anderson is presently scheduled for an arraignment tomorrow, January 31, 2023, in front of Magistrate Judge Willis. However, we just learned today that Mr. Anderson is scheduled to have much needed eye surgery this week, as he is unable to see out of his right eye. While Mr. Anderson was not told the specific day for the eye surgery, he is concerned that if he is transported for the arraignment tomorrow, he may miss having the surgery. Mr. Anderson is also scheduled for a status conference in front of Your Honor next week, on Thursday, February 9, 2023. We are respectfully requesting that Your Honor consider either moving the arraignment to be heard in front of the Magistrate Judge next week, after the surgery, or scheduling the arraignment to occur on Thursday, February 9, in front of Your Honor on the already scheduled date. We have spoken with AUSA Kinder, who is in agreement with this request, and is available for either option. We have agreed to waive any related speedy trial time in connection with this request.

              Sincerely,

              /s/ Lorraine Gauli-Rufo
              Lorraine Gauli-Rufo,
              Attorney for Joseph Anderson

CC: William Kinder, AUSA The application is **GRANTED**.  Arraignment scheduled for 2/9/23 at 12:30 p.m.  Time excluded from 1-30-23 to 2/9/23 in the interest of justice.
            So Ordered. *[signature]*
                     1-31-23