USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/22/23__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                         **Plaintiff,**

   -against-

**JOSEPH ANDERSON**

                         **Defendant.**

-------------------------------------------------------------------- x

**23-CR-17 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

    The Initial Appearance and Arraignment scheduled for February 23, 2023 is rescheduled to **11:30 a.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
             **February 22, 2023**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**