**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/19/23__

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

April 18, 2023

*Via ECF*
Hon. Andrew L. Carter Jr.
Thurgood Marshal
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: United States v. Joseph Anderson
      23-cr-17 (ALC)

Dear Judge Carter:

  Mr. Anderson is presently scheduled for a Pre-Trial Conference on Tuesday, April 25, 2023. We are presently involved in plea negotiations with the Government, and we expect Mr. Anderson will be pleading guilty in the near future. However, there are some outstanding issues that will take some additional time to resolve. We are respectfully requesting the Court to adjourn the Pre-Trial Conference for an additional two weeks, at which time we anticipate Mr. Anderson will be pleading guilty. We consent to the exclusion of time to the next court hearing, and AUSA William Kinder consents to this request.

      Sincerely,

      /s/ Lorraine Gauli-Rufo
      Lorraine Gauli-Rufo,
      Attorney for Joseph Anderson

CC: William Kinder, AUSA

---

The application is **GRANTED**. The status conference is adjourned to 5/9/23 at 12:30 p.m. Time excluded from 4/25/23 to 5/9/23 in the interest of justice. So Ordered.

*/s/ Andrew L. Carter*
4/19/23