

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/26/23

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

April 25, 2023

*Via ECF*
Hon. Andrew L. Carter Jr.
Thurgood Marshal
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Joseph Anderson
23-cr-17 (ALC)

Dear Judge Carter:

Your Honor scheduled a pre-trial conference for today, April 25, 2023. However, this was previously adjourned to May 9, 2023, at 11:00 am. The defense has a scheduling conflict, and with the consent of the Government, we are respectfully requesting the time be changed from 11:00 am to 2:00 pm. We consent to any excludable time as a result of this change. Your Honor's time and consideration of this request are greatly appreciated.

Sincerely,
/s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo,
Attorney for Joseph Anderson

CC: William Kinder, AUSA

The application is **GRANTED**. Status conference adjourned to 5/9/23 at 11:00 a.m. Time excluded from 4/25/23 to 5/9/23 in the interest of justice.
So Ordered.

*[Signature: Andrew L. Carter]*
4/25/23