```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-28-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

JOSEPH ANDERSON,

                Defendant.
------------------------------------------------------------ x

23 CR 17 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for May 9, 2023 is adjourned to **2:00 p.m.**

SO ORDERED.

Dated:   New York, New York
          April 28, 2023

                                           _____
                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**