

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/8/23__

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

May 4, 2023

*Via ECF*
Hon. Andrew L. Carter Jr.
Thurgood Marshal
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Joseph Anderson
23-cr-17 (ALC)

Dear Judge Carter:

    We have a pre-trial conference scheduled before Your Honor next week on May 9, 2023. We are respectfully requesting a four week adjournment. Our client, Joseph Anderson, advised us today that he has a second surgery scheduled this week for an eye injury. In addition, he has not had an opportunity to review the discovery our office sent to him at the jail. Although we sent the discovery a while ago, the jail officers only informed us this week of a new policy they have instituted that requires the discovery to come from the U.S. Attorney's Office. We have told AUSA William Kinder about this and he has advised he is sending the discovery to our client immediately. In order to give our client enough time to recover from his surgery and also to review the discovery, we are requesting an adjournment of the pre-trial conference for four weeks, to a date in early June. AUSA William Kinder has consented to this request. We also consent to the exclusion of Speedy Trial Act time until the next scheduled conference.

    Your Honor's time and consideration of this request are greatly appreciated.

Sincerely,
/s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo,
Attorney for Joseph Anderson

CC: William Kinder, AUSA

The application is **GRANTED**. Status Conference adjourned to 6/6/23 at 12:00 p.m. Time excluded from 5/9/23 to 6/6/23 in the interest of justice.
So Ordered. /s/ Andrew Carter
5-8-23