```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC#: _____
UNITED STATES DISTRICT COURT                            DATE FILED: 6-6-23
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                   23 Cr. 17 (ALC)
                                            ORDER

            -against-


Joseph Anderson,

            Defendants.,
-------------------------------------------------------X
```

ANDREW L. CARTER, JR., District Judge:

      Today's status conference is converted to a Change of Plea Hearing and, is adjourned to **June 13, 2023** at **4:30 p.m.**

      Accordingly, it is ORDERED: the time from June 6, 2023 through June 13, 2023 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       June 6, 2023

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE