```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
------------------------------------------------x   DATE FILED:  7-18-23
UNITED STATES OF AMERICA,                       :
                                                :
                          Plaintiff,            :
                                                :   23 CR 17 (ALC)
         -against-                              :
                                                :   ORDER
JOSEPH ANDERSON,                                :
                                                :
                          Defendant.            :
                                                :
------------------------------------------------x
```

**ANDREW L. CARTER, JR., District Judge:**

Due to a conflict on the Court's calendar, the Status Conference set for July 18, 2023 will take place at **11:30 a.m.**

SO ORDERED.

Dated:   New York, New York
         July 17, 2023

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**