```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                        :
                                                 :
                              Plaintiff,         :
                                                 :    23-CR-17 (ALC)
       -against-                                 :
                                                 :    ORDER
JOSEPH ANDERSON,                                 :
                                                 :
                              Defendant.         :
                                                 :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/30/23

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea Hearing is set for **September 26, 2023,** at **10:30 a.m.**

**SO ORDERED.**

**Dated:** New York, New York
August 30, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**