```
                                              USDC SDNY
                                              DOCUMENT ELECTRONICALLY
                                              FILED
                                              DOC#: _____
                                              DATE FILED: 9-28-23
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. ANDREW L. CARTER, JR. |
| | : | |
| v. | : | 23-CR-00017 (ALC) |
| | : | |
| JOSEPH ANDERSON | : | Joint Medical Order |
| Defendant | : | |

THIS MATTER having come before the Court on the joint application of the defendant, Joseph Anderson, by his attorney, Lorraine Gauli-Rufo, Esq.; and

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that by October 29, 2023, the Government shall file a letter explaining the status of the intraocular implant surgery that Mr. Anderson was previously scheduled to undergo on June 14, 2023, and shall include a declaration or affidavit addressing the same from a person with knowledge of Mr. Anderson's medical care while he in custody.

_____  9-28-23
Honorable Andrew L. Carter, Jr.
United States District Judge