UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

JOSEPH ANDERSON,

               Defendant.

------------------------------------------------------------------ x

23 CR 17 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-12-23

ANDREW L. CARTER, JR., District Judge:

    The Final Pre-Trial Conference set for December 14, 2023 is CANCELED.

SO ORDERED.

Dated:    New York, New York
             December 12, 2023

                                                  _____
                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge